# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**In the Matter of the:**

**Complaint of PAUL SKIPPER and
JOSEPH KLINGEL d/b/a THE BEACH
BOAT Co., as Owners of a Motor Vessel,
for Exoneration from or Limitation of Liability**

Case No.  8:05-cv-2181-T-30MSS

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Post Letters of Credit as Security for the Value of the Vessel (Dkt. 2).  Pursuant to Fed. R. Civ. P. Supp. F(1), the owner of a vessel must deposit a sum equal to the amount of the value of the owner's interest in the vessel, "or approved security therefore" **and** provide "security for costs and, if the plaintiff elects to give security, for interest at the rate of 6 percent per annum from the date of the security."   While Plaintiffs' are seeking to deposit with the Court letters of credit as security for the value of their interest in the vessel ($53,900.00), the Plaintiffs' have failed to identify what security will be given for costs and interest.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiffs' Motion to Post Letters of Credit as Security for the Value of the Vessel (Dkt. 2) is **DENIED**.

2. Plaintiffs are instructed to adhere to Supplemental Rule F and provide security for the value of their interest in the vessel and security for costs and interest.

**DONE** and **ORDERED** in Tampa, Florida on December 12, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-2181 Motion for Letter of Credit as Security - Admiralty.frm