**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

<u>**IN ADMIRALTY**</u>

**In the Matter of the:**

**Complaint of PAUL SKIPPER and**
**JOSEPH KLINGEL d/b/a THE BEACH**
**BOAT Co., as Owners of a Motor Vessel,**
**for Exoneration from or Limitation of Liability**

Case No.  8:05-cv-2181-T-30MSS

<u>**ORDER OF DISMISSAL**</u>

The Court has been advised by Plaintiffs' counsel Rebecca Appelbaum that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on May 14, 2007.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2005\05-cv-2181.dismissal.wpd